IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF COMPLAINT AND :
ARREST WARRANT FOR : Case No. 3:25MJ5291
JERROLD DELANE TAYLOR JR. :

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Courtney Anderson, Special Agent (SA) for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, hereby depose and state as follows:

1. I, make this affidavit in support of an application for an arrest warrant for Jerrold TAYLOR JR. for the crime of Title 18, U.S.C. § 922(g)(1), Felon in Possession of ammunition.

2. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since December 29, 2013. Your affiant is currently assigned to the Toledo, Ohio Field Office. Prior to your affiant's current assignment, he was employed with the Detroit Police Department for almost 14 years. Your affiant is also a graduate of the Criminal Investigator Training Program, and the ATF National Academy, located in Glynco, Georgia. As part of your affiant duties as an ATF Special Agent, he investigates criminal violations relating to federal firearms offenses. During your affiant's career, he has participated in several firearm trafficking investigations, involving the unlawful transfer of firearms to convicted felons, and other prohibited individuals.

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives and witnesses. This affidavit is intended to show there is sufficient probable cause for the requested warrant and does not set forth all information developed from the investigation.

4. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that Jerrold TAYLOR JR. violated Title 18 U.S.C. § 922(g)(1), Felon in Possession of ammunition.

5. On May 30, 2025, WPD Officer McCrum initiated a traffic stop on a 2009 Honda, license plate #T393008. TAYLOR was driving the vehicle with Christina Liggins as the front seat passenger. Officer McCrum observed TAYLOR make one or more traffic violations. Officer McCrum initiated a traffic stop with lights and sirens on TAYLOR JR. When TAYLOR JR. stopped the vehicle, he jumped into the back seat. The officer gave TAYLOR JR. several commands to show his hands. TAYLOR JR. failed to comply with those officer's commands. Eventually TAYLOR JR. climbed back into the driver's seat and opened the door. TAYLOR JR. was initially detained by the officers on scene. Officers made contact with Ms. Liggins and asked her what TAYLOR JR. was doing in the backseat. Ms. Liggins stated TAYLOR JR. had a gun and hid it inside the baby's diaper bag located in the backseat. Officer McCrum checked the diaper bag and located a firearm inside. The firearm was loaded with 10 live rounds of ammunition.

6. TAYLOR JR. was arrested by WPD for Failure to comply with Order or Signal of Police Officer, Endangering Children and Improper Handling Firearms in a Motor Vehicle.

TAYLOR JR. was taken to the Wood County Jail and processed. The firearm recovered was a privately made firearm (PMF) with no serial number.

7. TAYLOR JR. is prohibited from possessing firearms and ammunition. TAYLOR was Convicted on November 20, 2020, for Possession of a Firearm by a person with a prior Misdemeanor Domestic Violence Conviction out of the Northern District Court of Ohio, case number 3:20CR93. TAYLOR JR. received 27 months in Federal prison. TAYLOR JR. was also convicted of Domestic Violence on December 2, 2019 out of Toledo Municipal Court, Case #CRA-19-13207-0101.

8. Your affiant was able to review the Officer's dash cam video. TAYLOR JR. is heard saying "I should have left the fucking gun at the house."

9. Your affiant was further able to review the Officer's dash cam video. TAYLOR JR. was Mirandized. TAYLOR JR. was asked if his prints would be on the firearm. TAYLOR JR. responded that he had "touched the gun before".

10. Your affiant physically examined the above 10 rounds of ammunition recovered from the firearm. The ammunition was assorted with 5 Hornady and 5 Federal Cartridge Company ammunition. In the opinion of your affiant, the above ammunition were manufactured outside the state of Ohio, therefore the ammunition traveled in interstate and/or foreign commerce.

11. Based upon the information above, there is probable cause to believe that Jerrold TAYLOR JR. who was previously convicted of a felony for Possession of a Firearm by a person with a prior Misdemeanor Domestic Violence Conviction was in possession of ammunition. The 10 live rounds of ammunition were manufactured outside the state of Ohio, in violation of Title

18, U.S.C. § 922(g)(1) Felon in Possession of ammunition. By this affidavit and application, your affiant is requesting the court to issue an arrest warrant for Jerrold TAYLOR JR.

_____
Special Agent Courtney Anderson
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to via telephone after submission by reliable electronic means. Crim. Rules. 4.1; 41(d)(3) this 17th  day of July, 2025.

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE